**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**ERIC FRANK, an individual, on behalf of himself and all others similarly situated,**

      Plaintiffs,

      v.                      Case No. 3:08cv425/RV/EMT

**THORNBURG MORTGAGE, INC., a Maryland Corporation, THORNBURG MORTGAGE HOME LOANS, INC., a Delaware Corporation,**

      Defendants.
_____/

**FINAL SCHEDULING ORDER**

The parties have filed a joint report (doc. 21) and it is incorporated into this order. The initial scheduling order is modified to the extent set out in the joint report, specifically including the following discovery and class certification schedule:

(1) Plaintiffs shall file their motion for class certification, along with all supporting evidence and any supporting expert affidavits or reports by **March 16, 2009**.

(2) Defendants shall file their opposition to plaintiffs' motion for class certification, along with all supporting evidence and any supporting expert affidavits or reports by **April 16, 2009**. Plaintiffs may file a rebuttal memo, not to exceed 12 pages, by **May 8, 2009.**

(3) A hearing on the class certification is set for **Wednesday, June 17, 2009, at 10:00 a.m., Courtroom 5, United States Courthouse, 1 N. Palafox Street, Pensacola, Florida.**

(4) Discovery deadlines on the merits of the case will be scheduled following a ruling on the class certification, with the times and limitations as set out in the Joint Report.

DONE AND ORDERED this 30th day of January, 2009.

*/s/ Roger Vinson*
**ROGER VINSON**
**Senior United States District Judge**